UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
13 FEB 21 PM 3:42

UNITED STATES OF AMERICA

v.

LOUIS RUGGIERO

CASE NO. 6:13-cr-320RL31TBS
18 U.S.C. § 2251(a)
18 U.S.C. § 2422(b)
18 U.S.C. § 2252A(a)(5)(B)
18 U.S.C. § 2253 - Forfeiture

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about May 25, 2012, in Seminole County, Florida, in the Middle District of Florida, and elsewhere,

**LOUIS RUGGIERO**

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor under the age of 18 years, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct which the defendant knew and had reason to know would be transported and transmitted using any means or facility of interstate and foreign commerce, and which were transported and transmitted using any means or facility of interstate and foreign commerce, and which were produced using materials that have been mailed, shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT TWO

On or about June 22, 2012, in Seminole County, Florida, in the Middle District of Florida, and elsewhere,

## LOUIS RUGGIERO

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor under the age of 18 years, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct which the defendant knew and had reason to know would be transported and transmitted using any means or facility of interstate and foreign commerce, and which were transported and transmitted using any means or facility of interstate and foreign commerce, and which were produced using materials that have been mailed, shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT THREE

On or about July 1, 2012, in Seminole County, Florida, in the Middle District of Florida, and elsewhere,

## LOUIS RUGGIERO

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor under the age of 18 years, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct which the defendant knew and had reason to know would be transported and transmitted using any means or facility of interstate and foreign commerce, and which were transported and transmitted using

any means or facility of interstate and foreign commerce, and which were produced using materials that have been mailed, shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT FOUR

Beginning on or about October 23, 2012, and continuing through on or about October 24, 2012, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

**LOUIS RUGGIERO**

the defendant herein, using a facility and means of interstate commerce, that is, the Internet and cellphone, did knowingly attempt to persuade, induce, entice and coerce an individual who had not attained the age of 18 years to engage in any sexual activity for which any person could be charged with a criminal offense under the laws of the State of Florida, that is, Lewd or Lascivious Battery, a violation of Section 800.04, Florida Statutes.

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT FIVE

On or about October 24, 2012, in Seminole County, Florida, in the Middle District of Florida, and elsewhere,

**LOUIS RUGGIERO**

the defendant herein, did knowingly possess material containing images of child pornography, that is, visual depictions of a minor engaging in sexually explicit conduct, which had been shipped and transported in and affecting interstate and foreign

commerce by any means, including by computer, and using any means and facility of interstate and foreign commerce, that is, the Internet, and which were produced using materials that have been mailed, shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## FORFEITURE

1.    The allegations contained in Counts One through Five of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

2.    From his engagement in violations alleged in Counts One through Five of this Indictment, the defendant, LOUIS RUGGIERO, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all of his interest in:

    a.    Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of this chapter;

    b.    Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

    c.    Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including but not limited to:

1) Dell Desktop Computer, model D06m, serial # H63VWR1 with associated monitor and router; 2) Red and Black LG cellphone, model VX9100; and 3) Black LG cellphone, model VX9100.

    3.    If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
Karen L. Gable
Assistant United States Attorney
Deputy Chief, Criminal Division

By: _____
A. Lee Bentley
Assistant United States Attorney
Chief, Criminal Division

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Orlando Division

## THE UNITED STATES OF AMERICA

vs.

## LOUIS RUGGIERO

## INDICTMENT

Violations:

18 U.S.C. §§ 2251(a), 2422(b), and 2252A(a)(5)(B)

A true bill,

_____
Foreperson

Filed in open court this 21st day

of February, 2013.

_____
Clerk

Bail  $_____

GPO 863 525